**BOROUGH OF EMMAUS, Petitioner**

v.

**PENNSYLVANIA LABOR RELATIONS BOARD, Respondent**

No. 247 MAL 2017

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

**AND NOW**, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**